**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 72.86.204.218
**Total Works Infringed:** 29  **ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3190852740A8422FB1010622B45A545B2EA2459F<br>File Hash: 92F7CA45AE3B8A43E5A7626B015182EB395475BA13ACFB309BD336FF4EE90EAE | 02-17-2022 05:26:00 | Vixen | 05-04-2017 | 06-16-2017 | PA0002069283 |
| 2 | Info Hash: 5C41147F4C253F602DE8A0B9E24AC739139DE7E1<br>File Hash: 44ACA84AD127766A3FD50784B34027DAEB742B7A1DA164A179D74B274BB261DA | 02-10-2022 07:29:08 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 3 | Info Hash: 0C3FC2C395D484CDE33DEBE68F11C01E6CB01333<br>File Hash: F79A2B17FCC0105C4155D1B138EF10D3F9F12C20E705D25ED304BCD9619863BF | 02-10-2022 07:23:16 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 4 | Info Hash: 43AA8E29D248BD63C9EE0A8EAF9D8B4ADA089C22<br>File Hash: BD80016D810934FE45C73A18EE828400292235018262580315 2229295D61AA50 | 01-22-2022 22:51:21 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 5 | Info Hash: 07CAE96A19F099040064ED36BAD1EA65E7072BAE<br>File Hash: 1D73C79064A24DA121394C88C901500BA928C1EFA1C766E5601F39DA91CA2980 | 01-22-2022 21:18:19 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 6 | Info Hash: B271511687890F0A57EE68486AFE3F2D827638A1<br>File Hash: 13E20DBDB72C6C25E0A12376FDA2D4CC1E26AFA4DBEB2486C0D92B77F88EDFED | 01-22-2022 20:25:48 | Tushy | 07-10-2017 | 08-18-2017 | PA0002077678 |
| 7 | Info Hash: 9E7AC67ED84D7D04BF3CC582B9C85202AE696326<br>File Hash: F2A48655FBEF5FF6669D03A8713DF2668EB11CC499D2C41070BF7E2378288216 | 01-18-2022 19:47:52 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 8 | Info Hash: E6BC7441F981014A9DF6B4FF5523E3B990790C58<br>File Hash: E3E0C35F00BD744B61F1A7DC4DE3617E2A76E53CC6CC37B603A5A0FE504816A9 | 12-17-2021 15:45:55 | Vixen | 05-19-2019 | 06-13-2019 | PA0002180953 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash: F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-24-2021 15:14:19 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 10 | Info Hash: 8245C5788FC65E9D62956E93E248CD39C1D9C4BB<br>File Hash: 975E94CE108E87746A1BCDB1B386358D187DFD235A37B2073EEEB230677272F8 | 11-23-2021 03:08:34 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 11 | Info Hash: 51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash: 6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 10-31-2021 21:26:09 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 12 | Info Hash: 56502222833E23C38737D072A74A9DACD85BFCC5<br>File Hash: B51C603827041F6D18B85B6C307B539F0249752714E06C7B678DA88026766C1B | 10-31-2021 21:15:57 | Blacked | 11-06-2018 | 11-25-2018 | PA0002136603 |
| 13 | Info Hash: 72CF32D82CDC03B4A628E99BA4E2B0327193029A<br>File Hash: 3E733D8E3B150936DFE95A933E771E80401250372AB7D813147805E218331583 | 10-21-2021 20:32:34 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 14 | Info Hash: 9690CAE86C60C0ACECC13DBF81AA979AD30AC3C1<br>File Hash: 3863C52BE8D450415A7ADEC65F3966BE1FE3C08D05E6A9A72AED1C3A55D20620 | 10-21-2021 20:31:20 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 15 | Info Hash: D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262<br>File Hash: 816F6331FFC91DA37B95BE773CAB84DC8FE97F744E1701AA9E5CBDA184600F56 | 10-10-2021 16:51:04 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 16 | Info Hash: F32AE88DF4B6CD0EC85CE927346EB3CC02758CA3<br>File Hash: 9B1689176C1D52841E588A81B74CE350323F5ADADE276B3577AA74185F1EAAD0 | 10-10-2021 16:44:33 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 17 | Info Hash: 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151<br>File Hash: 676290861BE41F9B9E155BE4CD5FA5F962A2EC3A25716EEF37B233070A387197 | 10-10-2021 16:35:02 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1EB9F1FD518011DA81313D9C95C13D2DAF986DEA<br>File Hash: BE0714950BAE66935380D8A295E3561971B9A96907AC462560C210D5E728F711 | 09-20-2021 01:18:10 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 19 | Info Hash: 24A64BE5C3820F898A670007F7B072A805BD9DDF<br>File Hash: 2660E35C524E89782B4DF17995C883976A29E7EA796614E16437CBF8AEFB02B0 | 09-20-2021 01:17:56 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 20 | Info Hash: 44510C39CBDE623DB076713726B8EE66A5153FA8<br>File Hash: 86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 09-19-2021 22:00:46 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 21 | Info Hash: A5FC96E88D78817E097A7638BFF4C79028FA6961<br>File Hash: 55201047A6F1DBCFB62B55B037645B94BB99CB98355AB7757178E4CB9279F561 | 09-19-2021 21:54:18 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 22 | Info Hash: AFBEEF344772C20D59F868E17C18AC3E2751823D<br>File Hash: F9BD11BCF4D478356E2069BCC1D22CBB67F06715B13884E97C16A232D216EF90 | 09-19-2021 21:52:20 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 23 | Info Hash: 4E35065C343ED31FD637684CCB8A570D1B6682E5<br>File Hash: 21A3E8DEE623B88013E78B019C5BB8E6C6360358E68081C875D652020AD5FD46 | 08-15-2021 17:03:42 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 24 | Info Hash: D50B75F3FBF36DC58F3A4FEAFB4B826C7EA6DC84<br>File Hash: 83650E0ECF2794807EDFC822E9573C5DE5FC44C1DBF249D17CF44A53281BBB52 | 07-09-2021 05:11:56 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 25 | Info Hash: 41B0235D1BFC0821806275E650E024915820E402<br>File Hash: 405ABE5CB469E85B27758E34167AD75D028FDE4C6178E200CD77F5345D2B3856 | 07-09-2021 05:07:32 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 26 | Info Hash: B325B7E8107FC52C71CCBA7A995E4E75AED840B1<br>File Hash: 00C5EB6E231D7C6BAC34B9BF59414E24089B2DDAE038D1EB410827A14D8A5084 | 12-07-2020 23:25:50 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB<br>File Hash: D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 11-19-2020 19:53:34 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 28 | Info Hash: F02038ED79DADCF1634BEFA492E284250F51B663<br>File Hash: B235D62382C31D4D7381203DDF90467BFFB5FC1B05C7A43D4F2F01AA32FA95D1 | 11-02-2020 09:04:25 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 29 | Info Hash: 411399E12D72B77BF41A222B127412F63BE35AB8<br>File Hash: 6042D19A5936454A0F3A4D2CF76D1AC4F59194B203647A31340E72F86680089B | 09-01-2020 13:58:14 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |